# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RITHM CAPITAL CORP.<br><br>     Plaintiff,<br><br>v.<br><br>CHOICE MANAGEMENT, LLC, d/b/a RHYTHM FINANCIAL GROUP,<br><br>     Defendant. | C.A. No. 4:23-cv-3218-JMG-SMB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), all parties to the above-captioned action hereby stipulate that this action, and all claims and counterclaims in this action, shall be dismissed with prejudice with all rights of appeal waived and with each party bearing its own fees and costs.

Dated: October 7, 2024

/s/ Benjamin M. Stern

Benjamin M. Stern (admitted *pro hac vice*)
Ritika Bhakhri (admitted *pro hac vice*)
NUTTER MCCLENNEN & FISH, LLP
155 Seaport Blvd.
Boston, MA 02110
Telephone: (617) 439-2000
Facsimile: (617) 310-9142
bstern@nutter.com
rbhakri@nutter.com

Mary Ann Novak (#24851)
HILGERS GRABEN PLLC
1320 Lincoln Mall, Suite 200
Lincoln, NE 68508
Telephone: (402) 218-2106
Facsimile: (402) 413-1880
mnovak@hilgersgraben.com

ATTORNEYS FOR PLAINTIFF

/s/ David C. Mullin

David C. Mullin, #21985
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
dmullin@fraserstryker.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Defendant Choice Management, LLC, d/b/a Rhythm Financial Group.

                                      /s/ Benjamin M. Stern
                                      Benjamin M. Stern