IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RITHM CAPITAL CORP.,

               Plaintiff and
               counterclaim
               defendant,

vs.

CHOICE MANAGEMENT, LLC,
doing business as Rhythm Financial
Group,

               Defendant and
               counterclaimant.

4:23-CV-3218

JUDGMENT

On the parties' stipulation of dismissal with prejudice (filing 36), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 7th day of October, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge